On appellant's reconsideration of dismissal filed December 18, 1981, reconsideration granted; prior order affirmed March 29, petition for review denied May 4, 1982 (291 Or 104)

STEIN ENTERPRISES, INC.,
*Appellant,*
*v.*
SHAW,
*Respondent.*

(No. 80-1407-E, CA A22520)

642 P2d 702

On appellant's petition for reconsideration of dismissal filed December 18, 1981. Motion to dismiss filed October 27, 1981, and allowed November 27, 1981.

Donald H. Coulter, and Myrick, Coulter, Seagraves & Myrick, Grants Pass, for petition.

Before Thornton, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

Appellant petitions for reconsideration of the order of this court dismissing its appeal as not having been timely filed. It correctly points out that the purported notice of appeal was filed with the clerk of the circuit court on October 9, 1981, the last day of the 30-day time period allowed by ORS 19.026(1). However, ORS 19.023(2), prior to amendment by Or Laws 1981, ch 177, provided:

"A party to a judgment desiring to appeal therefrom * * * shall cause a notice, *signed by himself or his attorney,* to be served on all parties * * * and *file the original,* with proof of service endorsed thereon or affixed thereto, *with the clerk.*" (Emphasis added.)

A review of the trial court file discloses that the notice of appeal filed with the clerk of the court was not the original and was unsigned.

Reconsideration granted. Because our acknowledged error does not change the result, we affirm our previous order.